IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARSHALL TODD WARD ET, AL, §
PLAINTIFF §
PRO-SE §
§ CIVIL ACTION NO. 5-20CV0122
§
V. §
§
DONALD J. TRUMP.ET,AL. §
PRESEDENT OF THE UNITED STATES OF §
AMERICA §
§

NAMES AND SIGNATURES OF CLASS MEMBERS TO PLAINTIFFS ACTION

1. MARSHALL TODD WARD
ADDRESS
1629 / 16th STREET LUBBOCK TEXAS 79401

JEFFREY T. WARD
NORTH CAROLINA DEPT OF CORRECTIONS
OPUS NUMBER1112966
4285 mail service center
RALEIGH N.C. 27699

2. JERRETT COLE WARD
INMATE # 1592520 NORTH CAROLINA DEPT OF CORRECTIONS
NEUSE CORRECTIONA FACILITY P.O. BOX 2087 GOLDSBORO NORTH CAROLINA 27533

THE REMAINING CLASS SIGNATURES RESIDE AT THE:
JESTER III UNIT IN RICHMOND, TEXAS 77406

3. CRAIG D. DAVISON
TDCJ#2260375

4. JAMES PLASS VERCHER, JR.
TDCJ#1840787

5. PABLO BANDA
TDCJ#2159577

6. CARL PRESSLEY
TDCJ#1925562

7. PORFIRIO VARGAS
TDCJ#1877631

8. KENT KRUEGER
TDCJ#1035636

9. RUBIN VILLANUEVA
TDCJ#644650

10. SAMUEL M. LOPEZ
TDCJ#2267576

11. BRIAN BEVELHYMER
TDCJ#2266349

12. JASON PRUITT
TDCJ#1979012

13. JOSEPH MAYORGA
TDCJ#2174229

14. ROBERT ROJAS
TDCJ#1740944

15. LARRY DEWWALL
TDCJ#1903877

16. THOMAS P. BRYCE
TDCJ#2309694

17. BUD LEE
TDCJ02205851

18. UNNAMED INMATE POPULATION OF THE UNITED STATES OF AMERICA

19. 51 INMATES HELD AFTER TAKING CORONA VIRUS TEST IN TDCJ WHO WERE BRING RELEASED ON PAROLE THE WEEK OF THE 21st of MAY 2020

IN THE UNITED STATES DISTRICT COURTS
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION
REPRESENTING MULTI DISTRICT JURISDICTION
OF THE FIFTY UNITED STATES OF AMERICA

| | |
|---|---|
| MARSHALL TODD WARD, § <br> PLAINTIFF § <br> CLASS ACTION. § <br> TO INCLUDE THE INCARCERATED POPULATION § <br> OF THE UNITED STATES OF AMERICA § <br> 800.000.+ CLASS MEMBERS § | CIVIL ACTION NO._____ <br><br> JURY DEMAND BY PLAINTIFF <br><br> MULTI DISTRICT, MULTI STATE |
| V. § <br> DONAL J. TRUMP PRESEDENT U.S.A. <br> UNITED STATES DEPARTMENT OF JUSTICE § <br> FEDERAL AUTHORITY. § <br><br> NORTH CAROLINA DEPT OF CORRECTIONS § <br><br> TEXAS DEPT OF CRIMINAL JUSTICE § <br><br> TO INCLUDE THE REMAINING 48 UNNAMED § <br> STATES OF THE UNITED STATES OF AMERICA § <br><br> TO INCLUDE ALL PRIVATE COMPANIES AND § <br> CORPERATIONS WHOS PURPOSE IS TO HOUSE § <br> AND DETAIN INMATES WITHIN AND OUTSIDE § <br> OF THE UNITED STATES UNDER STATE OR § <br> FEDERAL JURISDICTION § | FEDERAL JURISDICTION <br><br> CIVIL RIGHTS PRISONER PET 550 <br><br> REQUEST OF SUPPLIMENTAL JURISDICTION IN REQUIERED AREA. <br><br> MOTION FOR APPOINTMENT OF COUNSEL <br><br> APPLICATION OF INFORMA PAUPERIS <br><br> WAIVER OF LOCAL RULE 23.3 CLASS NOTICE RESPONSES POSTAL SERVICE BOX FEE. <br><br> POSSIBLE RELATED CASES FILED |

SUIT IS FILED AGAINST ALL DEFENDANTS IN:
OFFICIAL AND INDIVIDUAL CAPACITIES.

JURISDICTION AND VENUE
   THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, AND FEDERAL JURISDICTION, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28U.S.C SECTION 2201 AND 2202. PLAINTIFFS CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

   THE UNITED STATES FEDERAL DISTRICT COURTS OF LUBBOCK TEXAS IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b) (2) BECAUSE THE UNITED STATES AS A WHOLE ARE WHERE THE EVENTS GIVING RISE TO THESE CLAIMS ARE OCCURING AT THIS PRESENT TIME.

## II. PLAINTIFFS

3.     PLAINTIFF, MARSHALL TODD WARD, FILING THIS CLASS ACTION ON BEHALF OF ALL OF THE OFFENDERS, LISTED AND NAMED HEREIN AND OTHERWISE NOT LISTED, ALL ARE WAS ATALL TIMES HEREIN A PRISONER OF THE STATE OF TEXAS,/NORTHCAROLINA/ TO INCLUDE THE 48 UNNAMED STATES OF AMERICA TO INCLUDE FEDERAL JURISDICTION BEING IN THE CORRECTIONS DEPARTMENT THEREOF .
   ARE CURRENTLY CONFINED IN THE (JESTER III UNIT ) IN RICHMOND TEXAS
   ARE CURRENTLY CONFINED IN THE (CENTRAL PRISON UNIT) OF RALEIGH NORTH – CAROLINA, AND THE NEUSE CORRECTIONAL INSTITUTION OF NORTH CAROLINA.
   AND PRISONS THROUGHOUT THE UNITED STATES.

## III. DEFENDANTS

4.     DEFENDANT :LORIE DAVIS:DIRECTOR TEXAS DEPT OF CRIMINAL JUSTICE IS THE DIRECTOR/COMMISSIONER OF THE STATE.SHE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDISTION INCLUDING THE JESTER III UNIT .

5.     PRESEDENT OF THE UNITED STATES DONALD J. TRUMP. DEFENDANT IS THE COMMANDER AND CHIEF OF THE UNITED STATES DEPARTMENT OF JUSTICE TO INCLUDE ITS PRISON DEPARTMENTS TO INCLUDE HIS SOCIAL DISTANCING POLICY.

6.     DEFENDANTS: NORTH CAROLINA DEPARTMENT OF SAFETY) GOVERNOR ROY COOPER TO INCLUDE(TODD E.ISHEE,COMMISSIONER OF PRISONS
ARE NAMED AS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION,ALL PRISONS IN THE STATE.

7.     EACH OF THE GOVERNING BODIES OF THE 48 UNNAMED STATES OF THE UNITED STATES IN CONTROL OF ITS INCARCERATING CRIMINAL DETENTION CORRECTIONS HOUSING FACILITIES THAT HOUSE HUMAN LIFE.

EACH DEFENDANT
IS SUED INDIVIDUALLY AND IN HIS OR HER  OFFICIAL CAPACITY
AT ALL TIMES LISTED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER
COLOR OF STATE LAW
AND IS BOUND UNDER OATH TO UPHOLD THE CONSTITUTION

## IV. FACTS

   MANY INMATES THROUGHOUT THE UNITED STATES LIVES ARE IN DANGER, AND ARE BEING SUBJECT TO AN UNPREPAIRED GOVERNING BODY TO PROTECT THEM.

   THE PRESEDENT OF THE UNITED STATES HAS IMPLEMENTED SOCIAL DISTANCING GUIDELINES THAT ARE NOT BEING ENFORCED IN PRISONS THROUGHOUT THE U.S.A.

   MANY STATES HAVE TAKEN MEASURE TO PROTECT AND RELEASE INMATES WHOM ARE NONVIOLENT AND ELIGABLE FOR RELEASE.

   TEXAS HAS NOT, MY RELEASE DATE WAS LAST WEEK AND I WAS FORCED TO RETURN TO AND INFECTED PRISON RISKING MY LIFE FOR THIS PRISON ADMINS INCOMPETENCE.

THERE IS NO NEED TO DRAG THIS OUT INTO A LONG WINDED LAWSUIT&WHAT WE WANT IS SIMPLE.

WE UNDERSTAND THAT THIS COVID 19 IS OUT OF CONTROL AND OUR LIVES ARE IN IMMEDIATE DANGER.IT WOULD BE THE SAME IN THE STREET.

UNLESS THE PRISONS ARE GOING TO REDUCE THE POPULATION BY OVER HALF THERE IS NO WAY THE PRESEDENTS SOCIAL DISTANCING GUIDELINES CAN BE MEET.

THIS IS NOT OUR DOING,

OUR LIBERTY INTEREST IS OUR LIVES.

CLEARLY PRESENT IS A VIOLATION OF OUR DUE PROCESS RIGHTS TO BE FREE FROM ARBITRARY UNDUE PUNISHMENT BY THREAT OF DEATH AND MEDICAL IMPARMENT.

A CLEAR DELIBRATE INDIFFERENCE TO A SERIOUSE MEDICAL NEED IS PRESENT.

## V. EXHAUSTION OF LEGAL REMEDIES
P.L.R.A. DOES NOT APPLY TO THIS INMATE HE HAS BEEN PAROLED

THE LIFE THREATENING SERIOUSNESS OUT WEIGHS GRIEVANCE STEPS AND WE REQUEST IMMEDIATE STEPS TO PROTECT OUR LIVES AND COMPENSATE THE PRISON POPULATION IN THE UNITES STATES OF AMERICA AND ITS TERITORIES.

EMERGENCY PRELIMINAY INJUNCTION REQUESTED.

## VI. LEGAL CLAIMS

1. PRESEDENT OF THE UNITED STATES DONALD J.TRUMP TO INCLUDE THE 50 GOVERNORS OF THE FIFTY STATES OF AMERICA TO INCLUDE ITS TERRITORIES,HAVE FAILED TO ISSUE PANDEMIC STIMULUS TO ITS VUNERABLE PRISON POPULATION.

2. THE UNITED STATES GOVERNMENT AND STATE GOVERNMENTS UNDER THE DIRECT COMMAND OF PRESEDENT DONALD J. TRUMP.HAS ALLOWED THE DEADLY COVID 19 VIRUS TO SWEEP INTO AND THROUGH THIS INMATE POPULATION OUT OF CONTROL.

3. UNDER THE PRESEDENTS COMMAND ALL CORRECTIONS DEPARTMENTS AND JAILS TO INCLUDE IT DETENTION FACILITES AND IMMIGRATION FACILITIES,IS THE DIRECT CAUSE OF ENTRY OF THIS DEADLY LIFE THREATENING VIRUS.

4. THIS COVID 19 HAS CREATED AN UNSAFE OVERCROWDED,CONDITIONS THAT ARE PRESENTING A SERIOUSE MEDICAL NEED ,ENDANGERING THE LIVES OF EVERY PRISONER BEING HELD. IN THE DEFENDANTS CUSTODY.

5. NONE OF THE PLAINTIFFS WERE SENTENCED TO BECAUSED TO ENDURE DEADLY HEALTH CONDITIONS NOW PRESENT IN OUR LIVING CONDITIONS THAT HAVE BEEN CAUSED BY THIS GOVERNMENTS NOT BEING PREPAIRED TO RESPOND TO THE OUTBREAK.

6. EVERY INSTITUTION UNDER GOVERNMENT AND PRIVATE CONTROL WENT ON IMMEDIATE LOCK DOWN WITHOUT WARNING OR DISCIPLINAY DUE PROCESS GUIDELINES BEING IMPLEMENTED.

7. WITHOUT NOTICE DUE TO NO CAUSE OF ANY OF THE PLAINTIFFS OUR PRIVILADGES WERE REVOKED, AND ALL OF US WERE LOCKED DOWN.

8. HERE IN TEXAS OUR COMMUNICATION HAS BEEN LIMITED, MAIL SLOWED AND OUR GRIEVANCE REMEDY PROCESS SHUT DOWN.

9. WE UNDERSTAND THAT THIS IS ALL NEW TERRITORY, SO IT OPENS THE DOOR FOR NEW LAW TO BE IMPLEMENTED AND WRITTEN.

10. THIS CIVIL ACTION SHOULD REFER TO :SMALL V. MARTIN (NORTH CAROLINA. OVER CROWDED, UNSAFE, HOUSING CONDITIONS AND POOR MEDICAL CARE.

11. THE PRESEDENT OF THE UNITED STATES AND ALL STATE GOVERNMENTS HAVE MADE SOME EFFORT TO COMPENSATE THROUGH SOME FORM OF STIMULUS PAYMENT ALL OF THE FREE SOCIETY CITIZENS, AND EVEN ILLEGALS.

12. THE SAME GOVERNMENTS HAVE EVEN HANDED OUT HOUSING TO HOMELESS.

13. THIS GOVERNMENT IS DISCRIMINATING AGAINST ITS LARGEST VUNERABLE POPULATION, THIS IS UNCONSTITUTIONAL UNFAIR TREATMENT.

14. THIS GOVERNMENT IS USING THIS POPULATION AS A TESTING GROUND AND WE WANT COMPENSATION AND TRANSPARENTCY,

15. THESE STATE GOVERNMENTS ARE HOLDING PEOPLE WHO ARE ELIGABLE FOR PAROLE IN AN ATTEMPT TO EXTINGUISH THERE LIVES.

16. THESE GOVERNMENTS AND PRESEDENT ARE CAUSEING MENTAL ANGUISH FOR ALL OF THE PLAINTIFFS AND UNDUE SUFFERING ON OUR FAMILIES.

17. THE PLAINTIFFS HAVE NO PLAN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. THE PLAINTIFFS HAVE BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH THE PLAINTIFFS SEEK.

VII. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFFS RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFFS THE FOLLOWING:

RELIEF SOUGHT

1. RELIEF)
THAT THE PRESEDENT OF THE UNITED STATES IN CONJUNCTION WITH ITS 50 STATE GOVERNORS, AND DEPT OF JUSTICE.NEGOTIATE IMMEDIATE CRIMINAL JUSTICE REFORM.

A) IN THAT EACH STATE REDUCE ITS PRISON POPULATION TO ENABLE ITS HOUSING TO BE AJUSTED TO MEET SOCIAL DISTANCING.

B) THAT THE INMATE POPULATION BE PROVIDED PROPER MEDICALY APPROVED FACE MASK (NOT HOME MADE SHIRT POCKETS) AND OTHER IMPROVISED SAFETY MEASURES.

C) THAT THE PRESEDENT OF THE UNITED STATES ENFORCE STIMULUS PACKAGE TO ALL PERSONS INCARCERATED THROUGHOUT THE UNITED STATES IN THE FORM OF MERITOTIOUSE GAIN TIME FOR LIFE THREATENING LIVING CONDITIONS IN THE AMOUNT OF NO LESS THAN:

TWO DAYS FOR EACH DAY SERVED RETOACTIVE TO THE FIRST CONFIRMED COVID TEST ON EACH UNIT TO CONTINUE EVERY DAY FOR THE DURATION OF THE INFECTIOUSE OUT BREAK ON SAID UNITS.
AND THAT THIS GAIN TIME BE MANDITORY COMPENSATION FOR HARSH LIFE THREATENING LIVING CONDITIONS.
THAT THIS EARNED TIME BE TO RESTART IN THE EVENT THAT THE COVID 19 SHALL PRE-SENT EACH SEASON WITH A NEW OUT BREAK.
THAT THIS GAIN TIME APPROVED AS STIMULUS FOR INMATES CANNOT BE REMOVED OR TAKEN AWAY FOR DISCIPLINAY PUNISHMENT.

THAT THIS MANDITORY GAIN TIME INCENTIVE BE USED TO REDUCE THE PRISON POPULATION. AND ONCE IT IS REDUCED IT MUST REMAIN AT A CAPACITY TO ALLOW THE PERIMITER OF 6 FT OF CIRCUMFRENCE PER INMATE IN SHOWERS AND LIVING QUARTERS.

D) THAT ALL PRISON THAT DO NOT HAVE AIR CONDITIONER THAT HAVE INMATE POPULATION ON LOCK DOWN DUE TO COVIO 19 . THAT EACH DAY SPENT WITHOUT RELIEF FROM THE LIFE ENDANGERING HEAT, THAT IN ADDITION TO THE STIMULUS INCENTIVE TIME OF TWO DAYS,,,AN ADDITIONAL DAY SHALL APPLY.

E) ONE DAY OF THE TWO DAY STIMULOUSE PACKAGE SHALL GO ON THE EXPIRATION DATE. THE OTHER ON THE PROJECTED RELEASE.
THE INCLIMENT WEATHER DAY ON THE EXPIRATION DATE AS REDUCTION OF TIME.

F) INMATES WITH MANDITORY TERMS SHALL SEE A REDUCTION BY THE TOTAL FOR EACH DAY SERVED.

G) FURTHER ORDERED THAT ANY STATE OR GOVERNMENT WITH A POPULATION WHOM IS ELIGABLE FOR PAROLE MUST IMMEDIATELY PAROLE AND RELEASE HALF OF THIS NUMBER.

H) THESE GOVERNMENTS HAVE MADE ROOM FOR HOMELESS. WE WANT FAIR TREATMENT AND RELEASE TO EQUAL HOUSING.

5.

RELIEF CONTINUED

I.   ***EMERGENCY RELIEF REQUESTED***
   I,MARSHALL TODD WARD AM ONE OF 51 INMATES THAT WERE TO BE RELEASED LAST WEEK.MY TRANSPORTATION WAS AT THE GATE,I WAS PACKED AND WALKING OUT OF PRISON WHEN THE BRILIANT PRISON ADMINISTRATION,TURNED ME AROUND AND PLACED MYSELF AND 51 OTHER PERSONS WHOM WERE TO BE REMOVED FROM THIS DEADLY ENVIRONMENT WERE PUNISHED BY THE STATE FOR TAKING A CORONA VIRUS TEST.
OUR RELEASE WAS STOPPED AND WE WERE ALL PLACED BACK INTO LIFE THREATENING LIVING CONDITIONS,NO MEASEURE WAS TAKEN TO HOUSE US IN AN UNINFECTED AREA.

WE SEE THIS A DELIBRATE ATTEMPT TO EXTERMINATE US AND ENDANGER OUR LIVES,

WE SEEK THIS COURTS INTERVENTION TO ORDER OUR IMMEDIATE RELEASE.

WE SEEK THAT WE BE ALLOWED TO SELF ISOLATE AT HOME OR AT OUR HALFWAY HOUSES.

IT HAS BEEN PROVEN THAT THIS STATE OF TEXAS,IS DEAD BENT ON EXICUTING INMATES AND EXTERMINATING LIFE AND WE ASK FOR YOUR PTOTECTIVE MEASURE TO REMOVE US FROM THIS GOVERNMENT COMMUNIST OPPRESSION.

SEE J,PAY LETTER FROM MY MOM.


I WANT COMPENSATION FOR MY MOM FOR MENTAL ANGUISH. IN THE AMOUNT OF
1.000.000.00 CASH AMERICAN DOLLARS
HERE I LIST AMANDA DIANE MILLAWAY, MY MOTHER AS PARTY TO THIS SUIT.

FOR ALL 51 OF US HELD AND PLACED BACK IN DANGER BECAUSE WE TOOK AND CONCENTED TO A MEDICAL PROCEEDURE TO CHECK FOR CORONA VIRUS IN WHOMS LIFES WERE PLACED BACK IN DANGER WE SUE FOR THE AMOUNT OF:
$.100.000.00
OR THAT THOSE OF US ON PAROLE OUR TERMS BE TERMINATED.
SO THAT WE MAY BE FREE FROM THIS DEADLY GOVERNMENT.

J.   A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

k.   PLAINTIFFS COST IN THIS SUIT.

L.   ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST. PROPER,AND EQUITABLE.

DATED/ MAY 24th/2020    RESPECTFULLY SUBMITTED

                                        VERIFICATION
   WE ALL WHOM HAVE SIGNED HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE,EXCEPT AS TO THOSE MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE,WE BELIEVE TO BE TRUE.WE CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND WE ALLOW THAT,MARSHALL TODD WARD PROVIDE HIS SIGNATURE AS THIS VERIFICATION.

EXICUTED AT THE JESTER III UNIT RICHMOND TEXAS ON MAY 24th 2020
Marshall Todd Ward _____

6.

PREVIOUS LAWSUITS

NOTICE THAT SUITS STILL PENDING EXIST WITHIN THE NORTHER DISTRICT OF TEXAS.

WARD V, INSURING AGENT OF DAVID DORAN ET,AL
CAUSE NO: 6-18-CV-00045-BU
SAN ANGELO TEXAS
MEMBERCASES OF
        CV-00050-BU
          00056-BU
JUDGE (PARKER


WARD V  CONCHO VALLEY CSCD
CAUSE NO: 6-19-CV-0046-H

STILL PENDING

MARSHALL TODD WARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK, DIVISION

| | |
|---|---|
| MARSHALL TODD WARD ET,AL. § <br> PLAINTIFF. § <br> § <br> VS § <br> § <br> § <br> DONALD J. TRUMP § <br> PRESEDENT OF THE UNITED STATES OF § <br> AMERICA § <br> <br> LORIE DAVIS DIRECTOR TEXAS DEPT. § <br> OF CRIMINAL JUSTICE § <br> <br> GOVERNOR ROY COOPER § <br> NORTH CAROLINA DEPT OF SAFETY § <br> DEPT OF CORRECTIONS § <br> <br> 48 UNNAMED STATES OF THE UNITED STATES § <br> TO INCLUDE THE DEPT OF JUSTICE § <br> FEDERAL B.O.P. § <br> DEFENDANTS | SUMMONS <br> CIVIL ACTION NO_____ |

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIERED TO SERVE UPON PLAINTIFFS,WHOSE ADDRESS IS:
   MARSHALL TODD WARD /.KINGDOM TOWERS HALFWAY HOUSE
   1629 / 16th STREET LUBBOCK TEXAS 79401
   AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU,WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,EXCLUSIVE OF THE DAY OF SERVICE,OR 60 DAYS IF THE U.S. GOVERNMENT OR OFFICE / AGENT THEREOF IS A DEFENDANT. IF YOU FAIL TO DO SO,JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.


CLERK OF THE COURT

DATE:_____

LEGAL REPRESENTATION OF CLASS MEMBERS

TWO OF THE CLASS MEMBERS ARE MY SONS BOTH IN PRISON IN NORTH CAROLINA.

BY MY SIGNATURE I REPRESENT THEM IN THIS CIVIL ACTION

JEFFREY TODD WARD INMATE # 1112966   N.C.D.O.C.

JERRETT COLE WARD INMATE # 1592520   N.C.D.O.C.

*[signature]*

NOTICE CHANGE OF ADDRESS



UNITED STATES DISTRICT CLERK OF COURT
LUBBOCK, TEXAS DIVISION

MAY 24th 2020

TO THE CLERK:

I AM MARSHALL T. WARD, LISTED AS PLAINTIFF IN WHAT I AM FILING THAT I BELIEVE TO BE A CLASS ACTION SUIT.

I AM CURRENTLY HOUSED IN THE TEXAS DEPT. OF CRIM. JUSTICE. AT THE:
JESTER III UNIT 3 JESTER ROAD, RICHMOND, TEXAS 77406

HOWEVER I SHOULD NOT BE HERE AT ALL...MY PAROLE RELEASE DATE WAS MAY 21st 2020 THE DAY BEFORE I TOOK A COVID TEST, AND BECAUSE I TOOK THIS TEST I WAS PREVENTED FROM LEAVING PRISON. MY RIDE WAS WAITING OUTSIDE, AND I WAS WALKING OUT THE DOOR. INSTEAD OF ALLOWING ME TO LEAVE, THE PRISON STOPPED ME AND INSTEAD OF PUTTING ME SOME WHERE SAFE AFTER I TOOK THE TEST THEY PLACED ME RIGHT BACK INTO AN INFECTED HOUSING UNIT.
I AM NOT SICK AS OF TODAY.
I HAVE PAID MY OWN HALFWAY HOUSE IT IS RIGHT THERE IN LUBBOCK.

THE REASON I AM TELLING YOU ALL OF THIS IS SO YOU WILL KNOW THAT MY ADDRESS WILL CHANGE SOON I THINK TO THE HALFWAY HOUSE IN LUBBOCK.

ANOTHER REASON IS SO THAT THE COURT WILL SEE THAT MY ACCOUNT IS CLOSED AND I HAVE NO FUNDS TO MAKE COPIES NOR AFFORD POSTAGE FOR THIS FILING,

PLEASE ALLOW US TO PROCEED.

THIS CIVIL SUIT AND THIS LETTER ALONE SHOULD SHOW YOU THE INCOMPETENT ADMIN. RUNNING THIS PRISON IS DELIBRATE IN ITS ENDENGERMENT OF THE LIVES OF US INMATES.

MY ADDRESS AT THE HALFWAY HOUSE WILL BE
1629 16th STREET LUBBOCK TEXAS KINGDOM TOWERS HALFWAY HOUSE

IN THE RELIEF SOUGHT YOU WILL ALSO FIND A EMERGENCY INJUNCTION ASKING FOR THE COURT TO DEMAND MY RELEASE TO THE HALFWAY HOUSE.

MY LIFE IS IN DANGER.

THANK YOU
MARSHALL TODD WARD    PRO-SE



CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THIS CIVIL ACTION HAS BEEN PREPAIRED TO THE BEST OF MY ABILITY AS A PRO-SE PLAINTIFF.
I DECLARE BY THIS BEING MY SIGNATURE _____ THAT I WILL CONTINUE TO REPRESENT THE MAJORITY IN THIS CLASS ACTION SUIT.
THIS BEING PLACED IN THE JESTER III LEGAL MAIL SYSTEM ON MAY 24th 2020 ADDRESSED TO THE UNITED STATES DISTRICT COURT OF TEXAS, LUBBOCK DIVISION,

I FURTHER CERTIFY THAT THE REASON THIS ACTION IS BEING FILED IN THIS LUBBOCK TEXAS DIVISION IS DUE TO THIS BEING MY RESIDENT OF HOME ADDRESS.
AND FURTHER THAT IT SEEKS REMEDY FROM ALL FIFTY STATES TO INCLUDE OUR NATIONS PRESEDENT DONALD J. TRUMP.

MARSHALL TODD WARD
_____
SIGNED THIS 24th day of MAY 2020

MARSHALL TODD WARD
2205270 JESTER III UNIT
3 JESTER ROAD
RICHMOND, TEXAS 77406

LEGAL MAIL

RECEIVED
JUN 1 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1205 TEXAS AVENUE, C-221
LUBBOCK TEXAS 79401-4091





FOREVER / USA